UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**NADINE BERNARD WHITE**                **CIVIL ACTION NO. 06-2342**

**VS.**                                 **JUDGE DOHERTY**

**ST. MARY ENERGY CO.**                 **MAGISTRATE JUDGE METHVIN**
**ST. MARY LAND & EXPLORATION CO.**
**GREY WOLF INC.**
**GREY WOLF DRILLING CO.**
**GREY WOLF DRILLING CO. LP**

*JURISDICTIONAL AMOUNT REVIEW*

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

Plaintiff alleges that defendants were drilling for oil and/or natural gas on property adjacent to plaintiff's residence in September, 2005.[1] On September 22, 2005, Louisiana officials ordered the mandatory evacuation of the area due to Hurricane Rita. Despite the mandatory evacuation, plaintiff maintains that defendants continued their drilling operations until September 23, 2005, but , they "made no effort to secure or to remove several pallets of hazardous, toxic chemicals being used at the well site" before they left the site. Plaintiff alleges that Hurricane Rita dislodged defendants' hazardous and/or toxic chemicals that were negligently left at the well site and pushed the chemicals onto the roadway and onto plaintiff's land and home. Plaintiff alleges that she was unable to access her home for several days because the chemicals were in the flood waters surrounding plaintiff's home. Plaintiff alleges that defendants' actions:

---

[1] Rec. Doc. 1.

2

> [D]amaged Plaintiff's property including her residence and land; hampered her efforts to salvage items from her home; and caused her emotional distress and injury as well as potential physical injury as a result of exposure to these chemicals. The deposit of these chemicals on Plaintiff's land has caused environmental damage to her property; has devalued her property; and requires environmental clean-up which should be the responsibility of Defendants.[2]

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana, on November 7, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

---

[2] Rec. Doc. 1.